UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KENRIC MCCLARY                                          CASE NO. 10-82001
CONSTANCE MICHELE MCCLARY                               JUDGE CATHARINE R. ARON
3918 WAKE FOREST HIGHWAY
DURHAM, NC  27703

    DEBTORS

SSN(1) XXX-XX-0734        SSN(2) XXX-XX-8570            DATE: 06/03/2011

---

## REPORT OF FILED CLAIMS

---

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE COLLECTION SERVICE ** <br> 421 FAYETTEVILLE STREET MALL <br> SUITE 600 <br> RALEIGH, NC  27601 | $0.00 <br> INT: .00% <br> NAME ID: 195589 <br> CLAIM #: 0015 | UNSECURED <br> NOT FILED <br> ACCT: <br> COMMENT: |
| BAC HOME LOAN SERVICING LP <br> 7105 CORPORATE DRIVE <br> PLANO, TX  75024 | MONTHLY PMT $844.59 <br> INT: .00% <br> NAME ID: 188688 <br> CLAIM #: 0001 | ONGOING DEBT <br> <br> ACCT: 7504 <br> COMMENT:  1ST DEED/TRUST (RES) |
| BAC HOME LOAN SERVICING LP <br> 7105 CORPORATE DRIVE <br> PLANO, TX  75024 | $15,729.73 <br> INT: .00% <br> NAME ID: 188688 <br> CLAIM #: 0050 | ARREARS-MORTGAGES/MOBILE HOMES <br> <br> ACCT: 7504 <br> COMMENT:  ARREARS/1ST D/T (RES) |
| BROCK & SCOTT PLLC ** <br> 5431 OLEANDER DRIVE <br> SUITE 200 <br> WILMINGTON, NC  28403-5835 | $0.00 <br> INT: .00% <br> NAME ID: 187226 <br> CLAIM #: 0002 | NOTICES ONLY <br> NOT FILED <br> ACCT: <br> COMMENT: REP:BAOM HOME LOANS |
| CAPITAL ONE BANK USA <br> BY AMERICAN INFOSOURCE AS AGENT <br> P O BOX 71083 <br> CHARLOTTE, NC  28272 | $3,405.50 <br> INT: .00% <br> NAME ID: 191021 <br> CLAIM #: 0016 | UNSECURED <br> <br> ACCT: 4546 <br> COMMENT: |
| CBUSA/SEARS <br> POST OFFICE BOX 6282 <br> SIOUX FALLS, SD  57117 | $0.00 <br> INT: .00% <br> NAME ID: 198963 <br> CLAIM #: 0017 | UNSECURED <br> NOT FILED <br> ACCT: 1917 <br> COMMENT: |
| CHASE ** <br> CARDMEMBER SERVICE <br> POST OFFICE BOX 15298 <br> WILMINGTON, DE  19850-5298 | $0.00 <br> INT: .00% <br> NAME ID: 189566 <br> CLAIM #: 0019 | UNSECURED <br> NOT FILED <br> ACCT: 4126 <br> COMMENT: |
| CHEXSYSTEMS <br> ATTN: CONSUMER RELATIONS <br> 7805 HUDSON ROAD, STE. 100 <br> WOODBURY, MN  55125 | $0.00 <br> INT: .00% <br> NAME ID: 183802 <br> CLAIM #: 0040 | NOTICES ONLY <br> NOT FILED <br> ACCT: <br> COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHILD SUPPORT ENFORCEMENT<br>POST OFFICE BOX 20800<br>RALEIGH, NC 27619-0800 | $0.00<br>INT: .00%<br>NAME ID: 184751<br>CLAIM #: 0042 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIBANK NA/SALLIE MAE GU SERV<br>SALLIE MAE GUARNTE SERVS INC<br>P O BOX 9430  LITIGATION E3149<br>WILKES-BARRE, PA 18773-9430 | $0.00<br>INT: .00%<br>NAME ID: 94799<br>CLAIM #: 0051 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT BUREAU<br>POST OFFICE BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 183804<br>CLAIM #: 0041 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT BUREAU OF GREENSBORO**<br>POST OFFICE BOX 26140<br>GREENSBORO, NC 27402-0040 | $0.00<br>INT: .00%<br>NAME ID: 183805<br>CLAIM #: 0021 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CSDDUR<br>POST OFFICE BOX 530<br>DURHAM, NC 27702-0530 | $0.00<br>INT: .00%<br>NAME ID: 184155<br>CLAIM #: 0022 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC 27713 | $3,713.92<br>INT: .00%<br>NAME ID: 112370<br>CLAIM #: 0048 | UNSECURED<br><br>ACCT: 8696<br>COMMENT: GDS SOLD, SERV RENDRD |
| DURHAM CITY/COUNTY TAX OFFICE<br>200 E MAIN STREET 1ST FLOOR<br>P O BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 635<br>CLAIM #: 0007 | SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DURHAM COUNTY REGISTER OF DEED<br>COUNTY JUDICIAL BUILDING<br>DURHAM, NC 27702 | $28.00<br>INT: .00%<br>NAME ID: 3044<br>CLAIM #: 0055 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| DURHAM COUNTY TAX COLLECTOR<br>P.O.BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 195882<br>CLAIM #: 0009 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ECAST SETTLEMENT CORPORATION<br>P O BOX 29262<br>NEW YORK, NY 10087-9262 | $875.52<br>INT: .00%<br>NAME ID: 197170<br>CLAIM #: 0018 | UNSECURED<br><br>ACCT: 5350<br>COMMENT: 51492284/CRED CARD |
| ECAST SETTLEMENT CORPORATION<br>P O BOX 29262<br>NEW YORK, NY 10087-9262 | $1,400.97<br>INT: .00%<br>NAME ID: 197170<br>CLAIM #: 0020 | UNSECURED<br><br>ACCT: 1320<br>COMMENT: CITIBANK, SD, CREDIT CARD DEBT |
| EMPLOYMENT SECURITY COMMISSION<br>ATTN: BENEFIT PAYMENT CONTROL<br>POST OFFICE BOX 26504<br>RALEIGH, NC 27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 183807<br>CLAIM #: 0025 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| EQUIFAX INFORMATION SYSTEMS LLC<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | $0.00<br>INT: .00%<br>NAME ID: 183808<br>CLAIM #: 0043 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P.O. BOX 2002<br>ALLEN, TX 75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 183809<br>CLAIM #: 0044 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FANNIE MAE<br>3900 WISCONSIN AVE, NW<br>WASHINGTON, DC 20016-2892 | $0.00<br>INT: .00%<br>NAME ID: 188830<br>CLAIM #: 0003 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BOAM HOME L0ANS |
| FREDDIE MAC<br>8200 JONES BRANCH DR<br>MC LEAN, VA 22102-3100 | $0.00<br>INT: .00%<br>NAME ID: 188831<br>CLAIM #: 0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BOAM HOME LOANS |
| GEMB/OLD NAVY<br>POST OFFICE BOX 103104<br>ROSWELL, GA 30076 | $0.00<br>INT: .00%<br>NAME ID: 207197<br>CLAIM #: 0027 | UNSECURED<br>NOT FILED<br>ACCT: 5960<br>COMMENT: |
| GMAC MORTGAGE LLC<br>ATTN-MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | MONTHLY PMT $225.16<br>INT: .00%<br>NAME ID: 90793<br>CLAIM #: 0008 | ONGOING DEBT<br><br>ACCT: 1552<br>COMMENT: 2ND DEED/TRUST (RES) |
| GMAC MORTGAGE LLC<br>ATTN-MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | $925.48<br>INT: .00%<br>NAME ID: 90793<br>CLAIM #: 0052 | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT: 1552<br>COMMENT: ARREARS/2ND D/T (RES) |
| GMAC MORTGAGE LLC<br>P O BOX 4622<br>WATERLOO, IA 50704 | $0.00<br>INT: .00%<br>NAME ID: 206208<br>CLAIM #: 0053 | NOTICES ONLY<br>NOT FILED<br>ACCT: 1552<br>COMMENT: |
| GREAT LAKES EDUCATIONAL LOAN<br>SERVICES INC<br>CLAIMS FILING UNIT<br>P O BOX 8973<br>MADISON, WI 53708-8973 | $31,846.55<br>INT: .00%<br>NAME ID: 74071<br>CLAIM #: 0036 | UNSECURED<br><br>ACCT: 8570<br>COMMENT: STUDENT LOAN |
| HSBC BANK<br>POST OFFICE BOX 5253<br>CAROL STREAM, IL 60197-5253 | $0.00<br>INT: .00%<br>NAME ID: 185687<br>CLAIM #: 0028 | UNSECURED<br>NOT FILED<br>ACCT: 0251<br>COMMENT: |
| ILLINOIS STUDENT ASSISTNC COMM<br>1755 LAKE COOK ROAD<br>DEERFIELD, IL 60015 | $11,430.22<br>INT: .00%<br>NAME ID: 11680<br>CLAIM #: 0056 | UNSECURED<br><br>ACCT: 8570<br>COMMENT: STUDENT LOAN |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0010 | PRIORITY<br>PAID OUTSIDE<br>ACCT: 8570<br>COMMENT: 09 INCOME TAXES/AMND CL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 399<br>CLAIM #: 0047 | NOTICES ONLY<br>NOT FILED<br>ACCT: 8570<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 10010 | UNSECURED<br>AMENDED<br>ACCT: 8570<br>COMMENT: PENALTY |
| KIMBERLY A SHEEK<br>SHAPIRO & INGLE LLP<br>10130 PERIMETER PARKWAY STE 400<br>CHARLOTTE, NC 28216 | $0.00<br>INT: .00%<br>NAME ID: 97647<br>CLAIM #: 0049 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:GMAC MORTG, LLC |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>POST OFFICE BOX 900006<br>RALEIGH, NC 27675-9006 | $0.00<br>INT: .00%<br>NAME ID: 183816<br>CLAIM #: 0045 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NELNET ON BEHALF OF US DEPT OF ED<br>P O BOX 740283<br>ATLANTA, GA 30374-0283 | $43,347.27<br>INT: .00%<br>NAME ID: 191085<br>CLAIM #: 0023 | UNSECURED<br><br>ACCT: 8570<br>COMMENT: STUDENT LOAN |
| NORTH CAROLINA DEPARTMENT OF<br>REVENUE<br>C/O NC DEPARTMENT OF JUSTICE<br>POST OFFICE BOX 629<br>RALEIGH, NC 27602-0629 | $0.00<br>INT: .00%<br>NAME ID: 183818<br>CLAIM #: 0013 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:NC DEPT OF REV |
| NORTH CAROLINA DEPARTMENT OF<br>REVENUE<br>C/O REGINALD S. HINTON<br>POST OFFICE BOX 25000<br>RALEIGH, NC 27640-5000 | $0.00<br>INT: .00%<br>NAME ID: 183997<br>CLAIM #: 0014 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:NC DEPT OF REV |
| NORTH CAROLINA DEPT OF REVENUE**<br>POST OFFICE BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 183998<br>CLAIM #: 0012 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH STAR CAPITAL ACQUISITION, LLC<br>C/O SESSOMS & ROGERS, P.A.<br>POST OFFICE BOX 52508<br>DURHAM, NC 27717 | $0.00<br>INT: .00%<br>NAME ID: 207199<br>CLAIM #: 0029 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PREMIER BANKCARD/CHARTER<br>P O BOX 2208<br>VACAVILLE, CA 95696 | $302.62<br>INT: .00%<br>NAME ID: 82616<br>CLAIM #: 0026 | UNSECURED<br><br>ACCT: 6551<br>COMMENT: 517800735519 |
| PRIVATE DIAGNOSTIC CLINIC, PLLC<br>P.O. BOX 900002<br>RALEIGH, NC 27675-9000 | $0.00<br>INT: .00%<br>NAME ID: 184169<br>CLAIM #: 0030 | UNSECURED<br>NOT FILED<br>ACCT: 1000<br>COMMENT: |
| RCS<br>CSRECS01<br>POST OFFICE BOX 1022<br>WIXOM, MI 48393-1022 | $0.00<br>INT: .00%<br>NAME ID: 196707<br>CLAIM #: 0031 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:DPDC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SALLIE MAE INC ON BEHALF USAF<br>% SALLIE MAE GUARANTEE SERVICES<br>P O BOX 7167 MC 8303<br>INDIANAPOLIS, IN 46206-7167 | $8,848.39<br>INT: .00%<br>NAME ID: 90590<br>CLAIM #: 0032 | UNSECURED<br><br>ACCT: 0734<br>COMMENT: |
| SALLIE MAE INC ON BEHALF USAF<br>% SALLIE MAE GUARANTEE SERVICES<br>P O BOX 7167 MC 8303<br>INDIANAPOLIS, IN 46206-7167 | $11,571.01<br>INT: .00%<br>NAME ID: 90590<br>CLAIM #: 0033 | UNSECURED<br><br>ACCT: 8570<br>COMMENT: STUDENT LOAN |
| SEAN M CORCORAN<br>BROCK & SCOTT PLLC<br>5121 PARKWAY PLAZA DR STE 300<br>CHARLOTTE, NC 28217 | $0.00<br>INT: .00%<br>NAME ID: 98340<br>CLAIM #: 0054 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:WELLS FARGO BANK NA |
| SUNTRUST<br>RECOVERY DEPARTMENT<br>POST OFFICE BOX 85041<br>RICHMOND, VA 23285-5041 | $0.00<br>INT: .00%<br>NAME ID: 192552<br>CLAIM #: 0035 | UNSECURED<br>NOT FILED<br>ACCT: 0462<br>COMMENT: |
| TRANS UNION CORPORATION<br>P.O. BOX 2000<br>CRUM LYNNE, PA 19022-2000 | $0.00<br>INT: .00%<br>NAME ID: 183823<br>CLAIM #: 0046 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC 27502-1858 | $0.00<br>INT: .00%<br>NAME ID: 185373<br>CLAIM #: 0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BOAM HOME LOANS |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC 27502-1858 | $0.00<br>INT: .00%<br>NAME ID: 185373<br>CLAIM #: 0011 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:IRS |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC 27502-1858 | $0.00<br>INT: .00%<br>NAME ID: 185373<br>CLAIM #: 0024 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:DPEDNELNET |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC 27502-1858 | $0.00<br>INT: .00%<br>NAME ID: 185373<br>CLAIM #: 0034 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:SLC |
| WAM COM<br>101 CONVENTION CENTER STE 850<br>LAS VEGAS, NV 89109 | $0.00<br>INT: .00%<br>NAME ID: 113474<br>CLAIM #: 0037 | UNSECURED<br>NOT FILED<br>ACCT: 804<br>COMMENT: |
| WELLS FARGO BANK, N.A<br>ATTN: MANAGING AGENT<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 | $0.00<br>INT: .00%<br>NAME ID: 207200<br>CLAIM #: 0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BOAM HOME L0ANS |
| WELLS FARGO FINANCIAL<br>800 WALNUT STREET<br>DES MOINES, IA 50309 | $0.00<br>INT: .00%<br>NAME ID: 207201<br>CLAIM #: 0038 | UNSECURED<br>NOT FILED<br>ACCT: 1214<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| YMCA<br>215 MORGAN STREET<br>DURHAM, NC  27701 | $0.00<br>INT:  .00%<br>NAME ID:  207202<br>CLAIM #:  0039 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$134,494.93** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $250.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II  
P. O. BOX 3613  
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC 27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 06/03/2011          OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/ Lindsay West
        Clerk
        Chapter 13 Office
        P. O. BOX 3613
        DURHAM, NC 27702-3613

cc: Debtors
    Attorney for Debtors