Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−82001

IN THE MATTER OF:
Kenric McClary     xxx−xx−0734
Constance Michele McClary     xxx−xx−8570
3918 Wake Forest Highway
Durham, NC 27703

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 9/13/11 at 11:00 AM

to consider and act upon the following:

Objection to Claim Number 3 of Wells Fargo Bank in the amount of $14,885.14. Filed by Joint Debtor Constance Michele McClary, Debtor Kenric McClary.

Dated: 8/4/11                                                                                                    OFFICE OF THE CLERK/ gpl

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.