UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| CONSTANCE MICHELE | ) | CASE NO. 10-82001 |
| MCCLARY | ) | CHAPTER 13 |
| KENRIC MCCLARY | ) | |
| DEBTORS | | |

### RESPONSE TO DEBTORS' OBJECTION TO CLAIM

**COMES NOW** Bank of America, NA(hereinafter "Creditor") a secured creditor, by and through counsel, Brock and Scott, PLLC, hereby responds to the Debtors' Objection to Claim by requesting this matter be heard at the scheduled hearing.

This, the 5th day of August, 2011

BROCK AND SCOTT, PLLC

/s/Sean M. Corcoran
Sean M. Corcoran
Attorney for Creditor
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| CONSTANCE MICHELE | ) | CASE NO. 10-82001 |
| MCCLARY | ) | CHAPTER 13 |
| KENRIC MCCLARY | ) | |
| DEBTORS | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the RESPONSE in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Constance Michele McClary
Kenric McClary
3918 Wake Forest Highway
Durham, NC 27703

Mr. John T. Orcutt
Via electronic delivery only

Mr. Richard M. Hutson, II
Via electronic delivery only

This 5th day of August, 2011.

                                                Brock and Scott, PLLC

                                              /s/ Sean M. Corcoran
                                              Sean M. Corcoran
                                              Attorney for Creditor
                                              Brock & Scott, PLLC
                                              5121 Parkway Plaza Drive, Suite 300
                                              Charlotte, NC 28217
                                              (704) 369-0676
                                              Bar No.: 33387